AO 83 (Rev. 08/11) Summons in a Criminal Case (USDC Version)

# UNITED STATES DISTRICT COURT
### for the

_____ District of South Carolina _____

| | |
|---|---|
| United States of America<br>v.<br><br><br>EDGAR JERMAINE HOSEY<br>_____<br>*Defendant* | )<br>)<br>)<br>)  Case No.  2:18-1022<br>)  _____<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: Hollings Judicial Center<br>85 Broad Street<br>Charleston, SC 29401 | Courtroom No.:  6 |
|---|---|
| | Date and Time:  12/13/18 at 1:30 p.m. |

This offense is briefly described as follows:
Title 18, United States Code, Section 1343
Title 18, United States Code, Section 1349
Title 18, United States Code, Section 1951
Title 18, United States Code, Section 1956(h)

Conspiracy to commit Wire Fraud.
Extortion.
Money Laundering.

Date:  November 20, 2018

s/Heather Hillman
Deputy Clerk
*Issuing officer's signature*

ROBIN BLUME, CLERK OF COURT
*Printed name and title*

## RETURN OF SERVICE

I declare under penalty of perjury that I have:

☒ Executed and returned this summons
☐ Certified Mailed _____
☐ Signed Receipt Date _____
☐ Signed by _____

☐ Returned this summons unexecuted
☐ Certified Mailed _____
☐ No Response _____
☐ Defendant Appeared  ☐ Defendant Failed to Appear

Date:  28 NOV 2018

*Server's signature*

Special Agent Jeffrey Burnett
*Printed name and title*

AO 83 (Rev. 06/09)  Summons in a Criminal Case (Page 2)

Case No. 2:18-1022

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender:

Last known residence:

Usual place of abode *(if different from residence address)*:

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of
process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the
United States:

### PROOF OF SERVICE

This summons was received by me on *(date)*  27 NOV 2018 .

☑ I personally served the summons on this defendant  Edgar J. Hosey  at

*(place)*  Savannah River Site - MOX  on *(date)* 28 NOV 2018 ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode
with *(name)* _____ , a person of suitable age and discretion who resides
there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____ ,
who is authorized to receive service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ and I mailed a copy to
the organizations's last known address within the district or to its principal place of business elsewhere in the
United States; or

☐ The summons was returned unexecuted because: _____ .

I declare under penalty of perjury that this information is true.

Date returned: _____

Server's signature

Special Agent Jeffrey Burnett, DOE-OIG
Printed name and title

Remarks: