## UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

## CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO.    2:18-cr-01022-DCN-2

Edgar Jermaine Hosey

## PLEA

The Defendant, _____Edgar Jermaine Hosey_____, acknowledges receipt of a copy of the indictment and after arraignment pleads not guilty in open court.

_____
(Signed)    Defendant

December 13, 2018

Charleston, South Carolina