IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 2:18-1022 |
| | ) | |
| -vs- | ) | EDWARDS NOTICE |
| | ) | |
| Edgar Jermaine Hosey | ) | |

The defendant hereby asserts his Fifth Amendment Right to remain silent and asserts his Sixth Amendment Right to counsel. The Defendant does not wish to be questioned in the absence of counsel pursuant to McNeil v. Wisconsin, 111 S.Ct. 220 (1991) and Edwards v. Arizona, 451 U.S. 477 (1981).

Respectfully submitted,

/s/ J. Robert Haley
J. Robert Haley, Esquire
P. O. Box 190016
North Charleston, SC   29419-9016
Attorney ID# 1665

December 18, 2018