IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO.: 2:18-1022** |
| | ) | |
| vs. | ) | **DEMAND FOR** |
| | ) | **NOTICE OF ALIBI** |
| **DAVID PAUL DEMPSEY** | ) | |
| **EDGAR JERMAINE HOUSEY** | ) | |

Pursuant to FED. R. CRIM. P. 12.1(a), the United States through its undersigned attorney demands that the defendant serve within ten (10) days upon the undersigned attorney written notice of intention to offer a defense of alibi stating the specific place or places where the defendant claims to have been at the time of the alleged offense, and the names and addresses of whom the defendant intends to rely upon to establish such alibi.

The Government submits that it intends to prove that the defendant committed the alleged offense.

Respectfully submitted,
SHERRI A. LYDON
UNITED STATES ATTORNEY

By:   *S/Emily Evans Limehouse*
Emily Evans Limehouse
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC  29401

Charleston, South Carolina

January 8, 2019