DSC PS4

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | Case No. 2:18CR01022-02 |
|---|---|
| V. | |
| Edgar Jermaine Hosey | RESTITUTION ORDER ON PRETRIAL DIVERSION |

The court has been advised that Edgar Jermaine Hosey has entered into a pretrial diversion agreement May 3, 2019 , with the United States Attorney's office.

☒ The pretrial diversion agreement includes a condition that requires Edgar Jermaine Hosey to make restitution to the following payees in the amounts listed below.  *Edgar Jermaine Hosey* shall pay $200 per month toward this debt, joint and several with David Paul Dempsey.

| Name of Payee | Total Amount Due |
|---|---|
| Cheyenne M. Bretsch | $2,123 |
| Charles Stough | $540 |
| Christian Sanchez | $1,450 |
| Nicholas Richwine | $4,900 |
| Christopher Combs | $1,100 |
| Keenen Salvaty | $580 |
| Eduard Vasquez-Castellanos | $1,500 |
| Gage White | $500 |
| | |
| **Grand Total** | **$12,693** |

**Unless otherwise directed, restitution payments should be made payable to the Clerk of Court for the United States District Court, 901 Richland Street, Columbia, South Carolina 29201.**

It is ORDERED that the clerk of court accept and receive restitution payments from Edgar Jermaine Hosey and disburse them to the payees above in accordance with the pretrial diversion agreement and in the manner in which restitution payments are received and disbursed for criminal judgments.  Any changes to the payment plan or delinquencies shall remain a matter for the U.S. Attorney's Office to address.

| David C. Norton, United States District Judge | *[signature]* |
|---|---|
| Name and Title of Judge | Signature of Judge |
| | May 30, 2019 |
| | Date |